

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00049-CR

**IN RE** Deandre **JENKINS**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
               Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice

Delivered and Filed: February 19, 2025

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On January 14, 2025, relator filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his motion for "Motion for Nunc Pro Tunc." However, on February 12, 2025, the trial court rendered a Judgment Nunc Pro Tunc granting the relief requested by relator in his motion. Accordingly, the petition for writ of mandamus is DENIED AS MOOT. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Do not publish.

---

[1]This proceeding arises out of Cause No. 2014CR8396, styled *State v. Jenkins*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Kristina Escalona presiding.